UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD R. GUTZEIT,

        Plaintiff,

                              CASE NO. 16-CV-11650
v.                              HON. GEORGE CARAM STEEH

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION (DOC. 23), GRANTING IN PART PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT (Doc. 17) TO THE EXTENT HE
SEEKS REMAND AND DENIED IN PART TO THE EXTENT HE SEEKS
AN AWARD OF BENEFITS, and DENYING DEFENDANT'S
<u>MOTION FOR SUMMARY JUDGMENT (DOC. 22)</u>

      Plaintiff Ronald Gutzeit brought this action challenging defendant Commissioner of Social Security's denial of his claim for social security disability benefits. Before the court are the parties' cross-motions for summary judgment, which were referred to the magistrate judge for a report and recommendation. On August 21, 2017, Magistrate Judge Stepanie Dawkins Davis issued her report, recommending that defendant's motion be

-1-

denied, and plaintiff's motion be granted in part to the extent he seeks remand, and denied in part to the extent he seeks an award of benefits.

The magistrate judge specifically stated that any objections to her report were to be filed within 14 days of service, and that failure to file such objections constituted a waiver of any further right to appeal. *See Thomas v. Arn*, 474 U.S. 140, 155 (1985). No such objections were filed by either party and the time period for doing so has expired.

The court has reviewed the record and briefing in this matter, as well as the magistrate judge's report and recommendation, and adopts the result recommended therein. Accordingly, plaintiff's motion for summary judgment (Doc. 17) is GRANTED IN PART to the extent he seeks remand and is DENIED IN PART to the extent he seeks an award of benefits, and defendant's motion for summary judgment (Doc. 22) is DENIED.

IT IS FURTHER ORDERED that this matter is REMANDED for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED.

Dated: September 12, 2017

              s/George Caram Steeh
              GEORGE CARAM STEEH
              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 12, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk